UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                          )
                                                )
SUSPENSION OF BRYAN E. PIEPER                   )   Misc. Case No. 3:19 MC 22
FROM THE PRACTICE OF LAW                        )
BEFORE THIS COURT                               )

## ORDER

On August 17, 2017, the Tennessee Supreme Court suspended Bryan Pieper from the practice of law in the State of Tennessee. As a result, on July 26, 2018, this Court issued an Order in *Singh v. Vanderbilt University Medical Center, et al.,* Case No. 3:17-0400 (Doc. No. 41), suspending Mr. Pieper from the practice of law before this Court. This suspension remains in effect until further order of the Court.

In order to reinstate his practice privileges in this Court, Mr. Pieper must re-apply for admission under LR 83.01(a). In the interim, the Court orders Mr. Pieper to immediately provide a copy of this Order to any clients he is representing in matters pending before this Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE