IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT TURNER, )
)
    Plaintiff, )
) NO. 3:18-cv-00294
v. ) JUDGE RICHARDSON
)
UTILIQUEST, LLC, )
)
    Defendant. )

## ORDER

Pending before the Court is a Joint Motion to Approve FLSA Settlements (Doc. No. 74). The Motion seeks Court approval of two Settlement Agreements, one for Robert Turner, the named Plaintiff, and one for Abdul Dohuky, who joined this action as an opt-in Plaintiff. The parties have responded (Doc. No. 78) to the Court's concerns about the Settlement Agreements, which were set forth in a prior Order (Doc. No. 77).

The Joint Motion (Doc. No. 74) is **GRANTED**, and the Settlement Agreements filed at Doc. Nos. 78-1 and 78-2 are approved. The Court finds them to be fair and reasonable, having been negotiated in good faith and given the highly contested nature of this case, with both sides facing risks if the matter were fully litigated.

The parties also have represented to the Court that they wish to withdraw the pending Motion to File Settlement Agreements Under Seal (Doc. No. 75). Accordingly, that Motion is **DENIED** as moot. In light of the Court's approval of the Settlement Agreements, the pending Motion for Summary Judgment (Doc. No. 54) and Unopposed Motion for a 7-Day Extension to Submit Joint Motion for Settlement Approval (Doc. No. 73) are also **DENIED** as moot.

The parties shall submit to the Court, on or before December 2, 2019, appropriate documents dismissing this case.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE